UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA JANE MONDALA,<br>    Plaintiff,<br>v.<br>WELLS FARGO BANK, N.A.,<br>    Defendant. | Case No. 18-cv-01781-HSG<br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**<br>Re: Dkt. No. 10 |

On March 22, 2018, this action against Wells Fargo Bank, N.A. ("Wells Fargo") was removed to this court. *See generally* Dkt. No. 1 ("Compl."). Defendant filed a motion to dismiss on March 29, 2018, pursuant to Federal Rule of Civil Procedure 12(b)(6). Dkt. No. 10. To date, Plaintiff has failed to oppose the motion.

In general, an opposition must be filed and served "not more than 14 days after the motion was filed." L.R. 7-3(a). The Court interprets a failure to oppose a motion to dismiss as a concession that the original complaint should be dismissed. *See Marziano v. Cty of Marin*, No. C-10-2740 EMC, 2010 WL 3895528, at *4 (N.D. Cal. Oct. 4, 2010) (interpreting plaintiff's failure to oppose defendant's motion to dismiss as a concession that the claim at issue should be dismissed); *see also GN Resound A/S v. Callpod, Inc.*, No. C 11-04673 SBA, 2013 WL 1190651, at *5 (N.D. Cal. Mar. 21, 2013) (construing plaintiff's failure to oppose defendant's argument as a concession of that argument).

//

//

//

//

The Court thus **ORDERS** Plaintiff to show cause by June 22, 2018 why this case should not be dismissed based on her failure to oppose Wells Fargo's pending motion to dismiss. *See Marziano*, 2010 WL 3895525, at *4.

**IT IS SO ORDERED.**

Dated: 6/19/2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge